| | |
|---|---|
| 1 | JODI BENASSI (SBN 309048) |
| 2 | jbenassi@mwe.com<br>**MCDERMOTT WILL & EMERY LLP** |
| 3 | 415 Mission St. Suite 5600<br>San Francisco, CA  94105-2616 |
| 4 | Telephone:     +1 628 218 3800<br>Facsimile:      +1 628 877 0107 |
| 5 | JONATHAN A. HENRY (*pro hac vice*) |
| 6 | jhenry@mwe.com<br>CHRISTOPHER M. SHOEMAKER (*pro hac vice*) |
| 7 | cshoemaker@mwe.com<br>**MCDERMOTT WILL & EMERY LLP** |
| 8 | 500 North Capitol Street, NW<br>Washington, DC 20001-1531 |
| 9 | Telephone: +1 202 756 8994 |
| 10 | *Attorneys for Defendant*<br>*BDO USA, P.C.* |
| 11 | TIMOTHY P. JOHNSON (BAR NO. 66333) |
| 12 | **BARRON & NEWBURGER, P.C.**<br>1970 OLD TUSTIN AVENUE, SECOND FLOOR |
| 13 | SANTA ANA, CALIFORNIA  92705<br>TELEPHONE:  (714) 832-1170 |
| 14 | E-MAIL: tjohnson@bn-lawyers.com |
| 15 | *Attorneys for Defendant* |
| 16 | *ABC-Amega, Inc*. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD CUPP,<br><br>                    Plaintiff,<br><br>     v.<br><br>ABC-AMEGA, INC., et al,<br><br>                    Defendants. | CASE NO. 3:24-cv-07388-AMO<br><br>**DEFENDANTS' STIPULATED ADMINISTRATIVE MOTION FOR DEFENDANTS' COUNSEL TO APPEAR REMOTELY AT CASE MANAGEMENT CONFERENCE**<br><br>Date: January 23, 2025<br>Time: 10:00 A.M.<br>Courtroom: 10, 19th Floor<br>Judge: Hon. Araceli Martínez-Olguín |

**DEFENDANTS' STIPULATED ADMINISTRATIVE MOTION FOR DEFENDANTS' COUNSEL TO APPEAR REMOTELY AT CASE MANAGEMENT CONFERENCE**

Pursuant to Local Rule 7-11 and the Court's Standing Order regarding virtual appearances, Defendants ABC-Amega, Inc. ("ABC") and BDO USA, P.C. ("BDO") respectfully request that counsel for Defendants be permitted to appear remotely at the January 23, 2025 initial case management conference in the above-captioned matter. Lead attorneys for BDO, Jonathan Henry and Christopher Shoemaker, are located in Washington, D.C., and local attorney Jodi Benassi is unavailable on January 23. Lead attorney for ABC, Timothy Johnson, is located in Santa Ana, California, which is about a six-hour drive from San Francisco. Accordingly, Defendants request that the Court permit virtual appearances for the January 23 conference.

Counsel for Defendants have conferred with Plaintiff Ronald Cupp, and Mr. Cupp consents to Defendants' counsel appearing remotely. A proposed order and stipulation are included with this motion.

Dated: January 15, 2025         Respectfully submitted,

By:   */s/ Jodi Benassi*
      JODI BENASSI
      jbenassi@mwe.com
      415 Mission Street
      Suite 5600
      San Francisco, CA 94105-2616
      Telephone:    +1 628 218 3896

      JONATHAN A. HENRY (*pro hac vice*)
      jhenry@mwe.com
      CHRISTOPHER M. SHOEMAKER (*pro hac vice*)
      cshoemaker@mwe.com
      500 North Capitol Street, NW
      Washington, DC 20001-1531
      Telephone: +1 202 756 8994

      *Attorneys for Defendant*
      *BDO USA, P.C.*

       */S/ TIMOTHY P. JOHNSON*
      TIMOTHY P. JOHNSON (BAR NO. 66333)

BARRON & NEWBURGER, P.C.
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 832-1170
E-MAIL: tjohnson@bn-lawyers.com

*Attorneys for Defendant*
*ABC-Amega, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2025, a copy of the foregoing document was electronically filed using the CM/ECF, which will send electronic notification of such filing to all registered counsel and pro se parties.

/s/ *Jodi Benassi*
Jodi Benassi