| | |
|---|---|
| 1 | RONALD CUPP |
|   | 150 Raley Town Center Ste 2512 |
| 2 | Rohnert Park, California |
|   | 707-318-9929 |
| 3 | ronc2009@gmail.com |
|   | Plaintiff In *Pro Se* |
| 4 | |
|   | JODI BENASSI (SBN 309048) |
| 5 | jbenassi@mwe.com |
|   | **MCDERMOTT WILL & EMERY LLP** |
| 6 | 415 Mission St. Suite 5600 |
|   | San Francisco, CA  94105-2616 |
| 7 | Telephone:     +1 628 218 3800 |
| 8 | JONATHAN A. HENRY (*pro hac vice*) |
|   | jhenry@mwe.com |
| 9 | CHRISTOPHER M. SHOEMAKER (*pro hac vice*) |
|   | cshoemaker@mwe.com |
| 10 | **MCDERMOTT WILL & EMERY LLP** |
|    | 500 North Capitol Street, NW |
| 11 | Washington, DC 20001-1531 |
|    | Telephone: +1 202 756 8994 |
| 12 | |
|    | *Attorneys for Defendant* |
| 13 | *BDO USA, P.C.* |
| 14 | Timothy P. Johnson (Bar No. 66333) |
|    | **BARRON & NEWBURGER, P.C.** |
| 15 | 1970 Old Tustin Avenue, Second Floor |
| 16 | Santa Ana, California  92705 |
|    | Telephone:  (714) 832-1170 |
| 17 | E-Mail: tjohnson@bn-lawyers.com |
| 18 | |
|    | *Attorneys for Defendant* |
| 19 | *ABC-Amega, Inc*. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RONALD CUPP, | CASE NO. 3:24-cv-07388-AMO |
| Plaintiff, | **STIPULATION FOR DEFENDANTS' COUNSEL TO APPEAR REMOTELY AT CASE MANAGEMENT CONFERENCE** |

Stipulation for Defendants' Counsel to Appear Remotely for Case Management Conference    -1-    3:24-cv-07388-AMO

|  |  |
|---|---|
| v.<br><br>ABC-AMEGA, INC., et al,<br><br>    Defendants. | Date: January 23, 2025<br>Time: 10:00 A.M.<br>Courtroom: 10, 19th Floor<br>Judge: Hon. Araceli Martínez-Olguín |

### STIPULATION FOR DEFENDANTS' COUNSEL TO APPEAR REMOTELY AT CASE MANAGEMENT CONFERENCE

Pursuant to Civil Local Rule 7-12, Plaintiff Ronald Cupp and Defendants ABC Amega, Inc. and BDO USA, P.C. hereby stipulate to the following:

WHEREAS, the Case Management Conference is currently scheduled for hearing on January 23, 2025 at 10:00 a.m. in San Francisco, Courtroom 10;

WHEREAS, lead counsel for Defendants are located a considerable distance away from the courthouse in San Francisco and would incur expenses in having to travel to San Francisco for the Case Management Conference hearing;

Accordingly, IT IS HEREBY AGREED, STIPULATED, AND REQUESTED, subject to the Court's approval, that Defendants' counsel be permitted to appear remotely at the Case Management Conference scheduled for January 23, 2025 at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated: January 15, 2025

/s/ Ronald Cupp
_____
RONALD CUPP
150 Raley Town Center Ste 2512
Rohnert Park, California
707-318-9929
ronc2009@gmail.com
Plaintiff In *Pro Se*

*/s/ Jodi Benassi*
_____
JODI BENASSI
jbenassi@mwe.com
415 Mission Street
Suite 5600
San Francisco, CA 94105-2616
Telephone:    +1 628 218 3896

JONATHAN A. HENRY (*pro hac vice*)
jhenry@mwe.com
CHRISTOPHER M. SHOEMAKER (*pro hac vice*)
cshoemaker@mwe.com
500 North Capitol Street, NW
Washington, DC 20001-1531

Telephone: +1 202 756 8994

*Attorneys for Defendant*
*BDO USA, P.C.*

*/s/ Timothy Johnson*
TIMOTHY P. JOHNSON (BAR NO. 66333)
BARRON & NEWBURGER, P.C.
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 832-1170
E-MAIL: tjohnson@bn-lawyers.com

*Attorneys for Defendant*
*ABC-Amega, Inc.*

Stipulation for Defendants' Counsel to Appear Remotely for Case Management Conference -3- 3:24-cv-07388-AMO