UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD CUPP,<br><br>            Plaintiff,<br><br>    v.<br><br>ABC-AMEGA, INC., et al,<br><br>            Defendants. | CASE NO. 3:24-cv-07388-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' STIPULATED ADMINISTRATIVE MOTION FOR DEFENDANTS' COUNSEL TO APPEAR REMOTELY AT CASE MANAGEMENT CONFERENCE**<br><br>Date: January 23, 2025<br>Time: 10:00 A.M.<br>Courtroom: 10, 19th Floor<br>Judge: Hon. Araceli Martínez-Olguín |

**[PROPOSED] ORDER GRANTING DEFENDANTS' STIPULATED ADMINISTRATIVE MOTION FOR DEFENDANTS' COUNSEL TO APPEAR REMOTELY AT CASE MANAGEMENT CONFERENCE**

   Defendant ABC Amega, Inc.'s and BDO USA, P.C.'s request for Defendants' counsel to appear remotely at the Case Management Conference on January 23, 2025 at 10:00 a.m. is GRANTED.

   **IT IS SO ORDERED.**


Dated: _____

                                                       _____
                                                       **HON. ARACELI MARTINEZ-OLGUIN**
                                                       **UNITED STATES DISTRICT JUDGE**